1
2
3
4
5
6

7  UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON
8  AT TACOMA

9  MELISSA KOPICK,                              Case No.:

10         Plaintiff,
                                                NOTICE OF REMOVAL OF CIVIL
11  v.                                          ACTION

12  MULTICARE HEALTH SYSTEM,

13         Defendant.

14

15  TO:       MELISSA KOPICK, Plaintiff, and her attorney, RICHARD H.
              WOOSTER of KRAM & WOOSTER, P.S.
16
    AND TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
17            WESTERN DISTRICT OF WASHINGTON AT TACOMA

18

19         Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant MultiCare Health System

20  ("MultiCare") hereby gives notice of its removal of this civil action, titled *Kopick v. MultiCare*

21  *Health System*, PCSC Cause No. 21-2-04069-3, from the Pierce County Superior Court of the

22  State of Washington to the United States District Court for the Western District of Washington

23  (Tacoma Division), and in support thereof states as follows:

24         1.     This case was commenced in the Pierce County Superior Court of the State of

25  Washington by service of Plaintiff Melissa Kopick's Complaint and Summons on MultiCare on

26  January 26, 2021.

NOTICE OF REMOVAL OF CIVIL ACTION - 1

2. This is a civil action raising: (1) claims against MultiCare for alleged retaliation and interference with Plaintiff's use of leave under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA") and the Washington Family Leave Act, RCW 49.78 *et seq.* ("WFLA")[1]; and (2) clams against MultiCare for alleged disability discrimination in violation of the Americans with Disabilities Act, as Amended, 42 U.S.C. § 12101 *et seq.* ("ADA") and the Washington Law Against Discrimination, RCW 49.60 *et seq.* ("WLAD").

I. **FEDERAL QUESTION JURISDICTION EXISTS**

3. Plaintiff has raised federal claims against MultiCare under the FMLA and ADA. Complaint, ¶¶ 3.1.1, 3.1.2.

4. While the Complaint alleges additional state claims under the WFLA and WLAD, this Court has supplemental jurisdiction over those claims under 28 U.S.C. § 1367, because those claims arise out of the same operative facts as Plaintiff's federal claims and thus "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a); *see* Complaint.

5. Because at least some of Plaintiff's claims arise under the laws of the United States and present a federal question, this civil action is one in which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1331, and this action is one which may be removed to this Court by MultiCare pursuant to the provisions of 28 U.S.C. § 1441(a).

II. **REMOVAL HAS BEEN TIMELY AND PROPERLY SOUGHT**

6. The Summons and Complaint were served on MultiCare on January 26, 2021. Therefore, pursuant to 28 U.S.C. § 1446(b)(1), this notice is timely filed within thirty days of service of the initial pleading setting forth Plaintiff's claims for relief.

7. In accordance with 28 U.S.C. § 1446(a) and LCR 101(b), copies of Plaintiff's

---

[1] The WFLA was repealed effective December 31, 2019, but Plaintiff's Complaint nevertheless contains such a claim.

NOTICE OF REMOVAL OF CIVIL ACTION - 2

1 Complaint and Summons received by MultiCare are attached hereto.

2       8.      Venue is proper in this District and division pursuant to 28 U.S.C. §§ 128(b) and 1441(a) because the Tacoma Division of the Western District of Washington encompasses Pierce County, where Plaintiff filed the state court action being removed.

5       9.      Pursuant to 28 U.S.C. § 1446(d), MultiCare will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of this Notice with the Clerk of the Pierce County Superior Court of the State of Washington.

8       WHEREFORE, Defendant MultiCare requests that this case proceed as an action properly removed hereto.

10 DATED: February 23, 2021.      STOEL RIVES LLP

*s/ Karin D. Jones*
Karin D. Jones, WSBA #42406
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 386-7598
Fax: (206) 386-7500
Email: karin.jones@stoel.com

Attorney for Defendant

NOTICE OF REMOVAL OF CIVIL ACTION - 3

## CERTIFICATE OF SERVICE

I, Melissa Wood, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct. I am employed by the law firm of Stoel Rives LLP. At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, and over the age of 18 years, not a party to the above-entitled action, and competent to be a witness herein.

I hereby certify that on February 23, 2021, I served the foregoing document on the following persons by the means described below:

| | |
|---|---|
| Richard H. Wooster<br>Kram & Wooster, P.S.<br>1901 South "I" Street<br>Tacoma, WA 98405<br>Email: rich@kjwmlaw.com<br><br>Counsel for Plaintiff | ☐ hand delivery<br>☐ facsimile transmission<br>☐ overnight delivery<br>☒ first class mail<br>☒ e-mail delivery |

DATED at Seattle, Washington this 23rd day of February, 2021.

_Melissa A Wood_
Melissa Wood, Practice Assistant

NOTICE OF REMOVAL OF CIVIL ACTION - 4