1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| MELISSA KOPICK, | CASE NO. 3:21-cv-05133-LK |
| Plaintiff, | STIPULATION AND ORDER GRANTING STIPULATED MOTION TO DISMISS |
| v. | |
| MULTICARE HEALTH SYSTEMS, | |
| Defendant. | |

      COME NOW the above-named Parties, by and through their attorneys of record, and hereby stipulate to the dismissal of the above-entitled action, including all claims, cross claims, counter claims, and third-party claims, with prejudice and without costs or attorneys' fees to any party. No admission of liability is assumed or inferred from this stipulation. Each party shall bear their own costs and attorneys' fees. The court is requested to enter this stipulated Order of Dismissal With Prejudice, without costs or fees to any party, without further notice to any party or their counsel.

      STIPULATED TO this 11th day of January 2022.

STIPULATION AND ORDER GRANTING STIPULATED MOTION TO DISMISS - 1

KRAM & WOOSTER, P.S.

s/ Richard H. Wooster
Richard H. Wooster, WSBA #13752
Attorneys for Plaintiff

STOEL RIVES LLP

s/ Karin Jones
Karin Jones, WSBA #42406
Attorney for Defendant

## ORDER

Upon the stipulation of the Parties set forth above, it is hereby ORDERED that the above-entitled action shall be and is hereby dismissed, with prejudice, without any admission or finding of liability. Each Party shall bear their own costs and attorneys' fees. This dismissal shall apply to all claims, cross claims, counterclaims, and third-party claims asserted in the above-entitled action.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of January, 2022.

Lauren King
United States District Judge